**Thomas E. McCARTHY v. George D. CRATSOS' SONS, etc.**

**No. 9483.**

Circuit Court of Appeals, Ninth Circuit.

April 1, 1940.

William P. Lord and T. Walter Gillard, both of Portland, Or., for appellant.

Wood, Matthiessen & Rankin, of Portland, Or., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of proctors for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly; mandate to issue forthwith.

**NEPTUNE METER COMPANY, Appellee, v. Warren G. PRICE, Individually and as Collector, Appellant.**

**No. 274.**

Circuit Court of Appeals, Second Circuit.

April 8, 1940.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y., Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Clarence E. Dawson, Sp. Assts. to Atty. Gen., for appellant.

Regan & Barrett, of New York City (Charles R. Barrett and Leo A. Larkin, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Anton J. STENSRUD, Bankrupt, Petitioner, v. The FEDERAL LAND BANK OF ST. PAUL, MINNESOTA, and the Federal Farm Mortgage Corporation.**

**No. 11717.**

Circuit Court of Appeals, Eighth Circuit.

March 25, 1940.

L. P. Johnson, of Mankato, Minn., for petitioner.

John F. Lord, of St. Paul, Minn.; for appellee.

PER CURIAM.

Petition for allowance of appeal denied.

**UNITED STATES of America, Appellant, v. CARLISLE COMMISSION COMPANY.**

**No. 11703.**

Circuit Court of Appeals, Eighth Circuit.

March 8, 1940.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for appellant.

J. T. Jennings, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.